

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00236-CR
### No. 10-12-00237-CR
### No. 10-12-00238-CR

**JAMES GORDON LEONARD,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

From the 40th District Court
Ellis County, Texas
Trial Court Nos. 29754CR, 29755CR and 29756CR

## MEMORANDUM OPINION

Appellant James Gordon Leonard has filed voluntary motions to dismiss these appeals. *See* TEX. R. APP. P. 42.2(a). We have not issued decisions in these appeals, and Leonard personally signed the motions. The motions are granted, and the appeals are dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeals dismissed
Opinion delivered and filed January 17, 2013
Do not publish
[CRPM]